1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RICHARD DICKSON, | Case No. CV 14-6954-DOC (GJS) |
|---|---|
| Plaintiff | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| E. VALENZUELA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the Report and Recommendation of United States Magistrate Judge ("Report"), and all pleadings, motions, and other documents filed in this action. The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) The Third Amended Complaint is dismissed with leave to amend, in part, and without leave to amend, in part, as set forth in the Report;

(2) If Plaintiff wishes to pursue this action, he shall file and serve a Fourth Amended Complaint that corrects the defects identified in the Report by no later than 30 days from the filing date of this Order. The Fourth Amended

Complaint shall be complete in itself, must include all exhibits, and shall not incorporate any prior allegations or exhibits by reference; and

(3) Defendants' time to response to the Fourth Amended Complaint is stayed pending further order of the Court, so that the required screening of the pleading may occur.

**IT IS SO ORDERED.**

DATE: February 18, 2016

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE