UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DICKSON,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>E. VALENZUELA, et al.,<br><br>　　　　Defendants. | Case No. CV 14-6954-DOC (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, the Report and Recommendation of United States Magistrate Judge ("Report"), and all pleadings, motions, and other documents filed in this action. The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.[1]

---

[1] On November 14, 2016, the court received the copy of the Report served upon Plaintiff that had returned by the U.S. Postal Service as undeliverable, indicating Plaintiff had been discharged from prison. In violation of Local Rule 41-6, Plaintiff has not provided the Court with a viable current address for service and/or a telephone number, and thus, the Court has no means of communicating with him. As more than 15 days have passed since the Report was served on Plaintiff, this action may be dismissed pursuant to Local Rule 41-6, including with prejudice.

1    The Court accepts the findings and recommendations set forth in the Report.
2 Accordingly, **IT IS ORDERED** that: the Fourth Amended Complaint is dismissed
3 without leave to amend, pursuant to 28 U.S.C. § 1915A(b) and 42 U.S.C. §
4 1997e(c)(1); and this case is dismissed with prejudice.

6    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8 DATE: December 9, 2016        _____
                                  DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE