JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DICKSON,<br><br>        Plaintiff<br><br>      v.<br><br>E. VALENZUELA, et al.,<br><br>        Defendants. | Case No. CV 14-6954-DOC (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: December 9, 2016

_David O. Carter_

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE